**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MICHAEL EARL ALEXANDER** **PLAINTIFF**
**#254900**

**v.** **CASE NO. 4:26-cv-855 JM**

**KEISHA DOZER, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 22nd day of October, 2026.

UNITED STATES DISTRICT JUDGE